■ The People of the State of New York, Respondent, v Adrian Carr, Appellant. [806 NYS2d 683]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brennan, J.), rendered March 18, 2004, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Kriendler, J.), of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

After a lawful stop of the defendant's vehicle (*see People v Ingle*, 36 NY2d 413, 414-415 [1975]; *People v Edwards*, 222 AD2d 603, 604 [1995]), the actions by the arresting officer which led to the discovery of the gun were minimally intrusive (*see People v Vasquez*, 106 AD2d 327, 329 [1984], *affd* 66 NY2d 968 [1985], *cert denied* 475 US 1109 [1986]; *see also Matter of William S.*, 13 AD3d 189 [2004]), reasonable to control the scene (*see People v Forbes*, 283 AD2d 92, 96 [2001]), and reasonably related in scope and intensity to the circumstances (*see People v O'Neal*, 248 AD2d 561 [1998]). Accordingly, the Supreme Court properly allowed the gun into evidence.

The defendant's remaining contention is without merit. H. Miller, J.P., Krausman, Rivera and Dillon, JJ., concur.